IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                              PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:08cv318-DCB-MTP

MS. "UNKNOWN" HUNT, et al.                                              RESPONDENTS

**FINAL JUDGMENT**

This matter is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause requesting habeas relief pursuant to 28 U.S.C. § 2241 is denied and the instant civil action is dismissed with prejudice without an evidentiary hearing.

SO ORDERED AND ADJUDGED, this the   28th   day of January, 2009.


                                            s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE